UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ELIZABETH H. MATTESON

CASE NO. CV-09-0617

Plaintiff(s),

v.

CONTINENTAL CASUALTY COMPANY

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
    ✓   Private ADR *(please identify process and provider)* _____
THE PARTIES HAVE AGREED TO PRIVATE MEDIATION BEFORE AN AGREEABLE MEDIATOR

The parties agree to hold the ADR session by:
        the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ✓   other requested deadline  120 DAYS FROM DATE OF THE ORDER

Dated: 4/30/2009                                                /S/ BRENT DORIAN BREHM
                                                                Attorney for Plaintiff

Dated: 4/30/2009                                                /S/ LISA SIMMONS
                                                                Attorney for Defendant

**[~~PROPOSED~~] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
      Non-binding Arbitration
      Early Neutral Evaluation (ENE)
      Mediation
✓     Private ADR

Deadline for ADR session
      90 days from the date of this order.
✓     other   120 DAYS FROM ORDER.

IT IS SO ORDERED.

Dated: __5/21/09_____           _____
                                                UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED
Judge Phyllis J. Hamilton

# NOTICE OF E-FILING

I hereby certify that on this 30th day of April, 2009, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a notice of electronic filing.

                                     _/s/ Mildred Schwam_
                                     Mildred Schwam