1  Glenn R. Kantor - SBN 122643
   e-mail: gkantor@kantorlaw.nett
2  Brent Dorian Brehm - SBN 248983
   e-mail: bbrehm@kantorlaw.net
3  KANTOR & KANTOR, LLP
   19839 Nordhoff Street
4  Northridge, CA 91324
   (818) 886-2525 (Tel)
5  (818) 350-6272 (Fax)

6  Attorneys for Plaintiff
   ELIZABETH H. MATTESON
7

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12 ELIZABETH H. MATTESON,          )  CASE NO: C 09-0617 PJH
                                   )
13          Plaintiffs,            )  STIPULATION AND [PROPOSED]
                                   )  ORDER TO CONTINUE CASE
14     vs.                         )  MANAGEMENT CONFERENCE
                                   )
15 CONTINENTAL CASUALTY            )  Date:      June 11, 2009
   COMPANY,                        )  Time:      2:30 p.m.
16                                 )
            Defendant.             )
17 _____)

18

19         Plaintiff, Elizabeth H. Matteson, and defendants, Continental Casualty Company,

20 by and through their respective counsel of record, hereby stipulate that the Case

21 Management Conference,  scheduled by the Court for June 11, 2009, at 2:30 p.m. be

22 continued to June 18, 2009, at 2:30 p.m., or to a date the Court finds convenient

23 //

24 //

25 //

26 //

27 //

28

───────────────────────────────────────────────

1    Good cause exists for this continuance as plaintiff's lead counsel, Glenn R.

2 Kantor, will be in New York attending his son's college graduation

3

4    IT IS SO STIPULATED.

5

6 DATED: May 26, 2009                KANTOR & KANTOR LLP

7

8                                    By:/s/ Glenn R. Kantor
                                          Glenn R. Kantor
9                                         Attorneys for Plaintiff

10

11 DATED: May 26, 2009               WILDMAN, HARROLD, ALLEN & DIXON

12

13                                   By: /s/ Brent R. Austin (with authority)
                                          Brent R. Austin
14                                        Attorneys for Defendant

15

16                                **ORDER**

17    The Court having reviewed the stipulation between Plaintiff and Defendant for a

18 continuance of the Case Management Conference currently set for June 11, 2009, and

19 finding good cause therefore:

20    IT IS HEREBY ORDERED that the Case Management Conference will be

21 continued from June 11, 2009 to June 18, 2009 at 2:30 p.m.

22

23 DATED:  5/26/09

24                                   Hon. Phyllis J. Hamilton
                                     United States District Judge
25

26

27

28

IT IS SO ORDERED

Judge Phyllis J. Hamilton

**NOTICE OF E-FILING**

I hereby certify that on this 26th day of May, 2009, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a notice of electronic filing.

*/s/ Mildred Schwam*

Mildred Schwam