Glenn R. Kantor - SBN 122643
e-mail: gkantor@kantorlaw.net
Corinne Chandler - SBN - 111423
e-mail: cchandler@kantorlaw.net
Brent Dorian Brehm - SBN 248983
e-mail: bbrehm@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
(818) 886-2525 (Tel)
(818) 350-6272 (Fax)

Attorneys for Plaintiff
ELIZABETH H. MATTESON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH H. MATTESON,<br><br>    Plaintiffs,<br><br>vs.<br><br>CONTINENTAL CASUALTY COMPANY,<br><br>    Defendant. | CASE NO: C 09-0617 BZ<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE PRETRIAL DATES OR IN THE ALTERNATIVE, TO CONTINUE ALL DATES BY THIRTY DAYS<br><br>Trial Date: February 1, 2009 |

    Plaintiff, Elizabeth H. Matteson, and defendants, Continental Casualty Company, by and through their respective counsel of record, hereby stipulate to the following:

    Whereas, by Order dated July 21, 2009, the following pre-trial and trial dates were set in this matter:

| | |
|---|---|
| Trial Date: | February 1, 2010 |
| Pre Trial Conference: | January 12, 2010 |
| Last Day to Hear Dispositive Motions: | November 4, 2009 |
| Last Day for Expert Discovery: | January 4, 2010 |

| | |
|---|---|
| Last Day for Rebuttal Expert Disclosure: | December 23, 2009 |
| Last Day for Expert Disclosure: | December 16, 2009 |
| Close of Non-expert Discovery: | October 1, 2009; |

Whereas, since the entry of the July 21, 2009 Order, the parties have attempted to schedule a mediator who is mutually acceptable to the parties; but the desired mediator is not available until October, 2009;

Whereas, plaintiff has advised defendant that she wishes to depose eight (8) individuals identified by defendant in its FRCP 26 Initial Disclosure Statement and additionally wishes to take a FRCP 30(B)(6) deposition of defendant on certain subjects of testimony;

Whereas, defendant has advised plaintiff that the identified deponents are located in Chicago and Nashville and

Whereas, the parties both desire to mediate the case before substantial fees are incurred to attend out of state depositions and to prepare for and brief dispositive motions.

Now, therefore the parties hereby stipulate and agree, subject to the Court's approval, that the following pre-trial dates may be continued for a period not to exceed thirty (30) days, with the exception of the close of non-expert discovery which will be extended forty three (43) days, which will keep the Pre-trial and Trial dates of January 12, 2010 and February 1, 2010, respectively, in place. If the Court is unwilling to approve said stipulation, the parties request in the alternative, that all dates, including the Pre-Trial and Trial dates, be continued for thirty (30) days, again with the exception of the close of non-expert discovery which will be extended forty three (43) days. The proposed new dates are:

| | |
|---|---|
| Last Day to Hear Dispositive Motions: | December 2, 2009 |
| Last Day for Expert Discovery: | January 11, 2010 |

| | |
|---|---|
| Last Day for Rebuttal Expert Disclosure: | January 4, 2010 |
| Last Day for Expert Disclosure: | December 14, 2009 |
| Close of Non-expert Discovery: | November 13, 2009 |

The trial date of February 1, 2010 and the Pre Trial Conference of January 12, 2010 will not be altered by this schedule

The alternative schedule proposed by the parties, which includes a continuance of the Pre-Trial and Trial dates would be as follows:

| | |
|---|---|
| Trial Date: | March 1, 2010 |
| Pre-Trial Conference: | February 9, 2010 |
| Last Day to Hear Dispositive Motions: | December 2, 2009 |
| Last Day for Expert Discovery: | February 2, 2010 |
| Last Day for Rebuttal Expert Disclosure: | January 18, 2010 |
| Last Day for Expert Disclosure: | January 4, 2010 |
| Close of Non-expert Discovery: | November 13, 2009 |

DATED: August 26, 2009        KANTOR & KANTOR LLP

By: */s/ Brent Dorian Brehm*
Brent Dorian Brehm
Attorneys for Plaintiff

DATED: August  26, 2009        WILDMAN, HARROLD, ALLEN & DIXON

By: */s/ Lisa S. Simmons*
Lisa S. Simmons
Attorneys for Defendant

## ORDER

The Court having reviewed the stipulation between Plaintiff and Defendant for a continuance of the Pre-Trial Dates,

IT IS HEREBY ORDERED that the Stipulation is approved and that the new Pre-trial dates in this matter are as follows:

| | |
|---|---|
| Last Day to Hear Dispositive Motions | December 2, 2009 |
| Last Day for Expert Discovery | January 11, 2010 |
| Last Day for Rebuttal Expert Disclosure | January 4, 2010 |
| Last Day for Expert Disclosure | December 14, 2009 |
| Close of Non-expert Discovery | November 13, 2009 |

The Trial date of February 1, 2010 and the Pre-Trial date of January 12, 2010 will remain the same.

DATED:   August 26, 2009

Hon. Bernard Zimmerman
United States District Court Magistrate Judge

**The parties are cautioned that absent extraordinary circumstances, the Court will not grant a Rule 56(f) continuance of a summary judgment motion filed for hearing on December 2, 2009.  Discovery should be planned accordingly.**

## [PROPOSED ALTERNATIVE] ORDER

The Court having reviewed the stipulation between Plaintiff and Defendant for a continuance of the Pre-Trial Dates,

IT IS HEREBY ORDERED that the Stipulation is approved and that the new Pre-trial and Trial dates in this matter are as follows:

| | |
|---|---|
| Trial Date: | March 1, 2010 |
| Pre-Trial Conference: | February 9, 2010 |
| Last Day to Hear Dispositive Motions | December 2, 2009 |
| Last Day for Expert Discovery | February 2, 2010 |
| Last Day for Rebuttal Expert Disclosure | January 18, 2010 |
| Last Day for Expert Disclosure | January 4, 2010 |
| Close of Non-expert Discovery | November 13, 2009 |

DATED: _____

Hon. Bernard Zimmerman
United States District Court Magistrate Judge