BRENT R. AUSTIN (California Bar No. 141938)
austin@wildman.com
LISA S. SIMMONS (Illinois Bar No. 6192809), admitted *pro hac vice*
simmons@wildman.com
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 201-2000
Facsimile: (312) 201-2555

SEAN M. SULLIVAN (California Bar No. 229104)
sullivan@wildman.com
WILDMAN, HARROLD, ALLEN & DIXON LLP
9665 Wilshire Blvd, Suite 200
Beverly Hills, California 90212
Telephone: (310) 860-8700
Facsimile: (310) 860-3800

Attorneys for Continental Casualty Co.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELIZABETH H. MATTESON,<br>Plaintiff,<br>vs.<br>CONTINENTAL CASUALTY COMPANY,<br>Defendant. | CASE NO. 3:09-CV-0617-BZ<br><br>STIPULATION AND ~~[PROPOSED~~ ORDER] FOR EXTENSION OF TIME TO COMPLETE MEDIATION<br><br>Hon. Bernard Zimmerman<br><br>Trial Date: February 1, 2010 |

Defendant, Continental Casualty Company and plaintiff, Elizabeth H. Matteson, by and through their respective counsel of record, hereby stipulate to the following:

Whereas, by Order dated July 21, 2009, the parties were to complete private mediation by September 18, 2009;

Whereas, since the entry of the July 21, 2009 Order, the parties have attempted to schedule a mediator who is mutually acceptable to the parties; but the desired mediator is not available until October 21, 2009;

Whereas, the parties have been and are conducting discovery, including deposition discovery, and wish to have that information available to them prior to and at the mediation;

Whereas, on August 26, 2009, the parties filed and the Court granted a stipulation for continuation of certain pre-trial dates.

Now, therefore the parties hereby stipulate and agree, subject to the Court's approval, that the deadline to complete mediation be extended until October 31, 2009. The parties shall promptly notify the Court if the case is resolved at the mediation.

Concurrence in the filing of this consent form has been obtained from plaintiff's counsel, Brent Dorian Brehm.

Dated: August 28, 2009

WILDMAN, HARROLD, ALLEN & DIXON LLP

By: /s/ Sean M. Sullivan
Sean M. Sullivan

Attorney for Defendant CONTINENTAL CASUALTY COMPANY

Dated: August 28, 2009

KANTOR & KANTOR LLP

By: /s/ Brent Dorian Brehm
Brent Dorian Brehm

Attorney for Plaintiff ELIZABETH H. MATTESON

**ORDER**

The Court having reviewed the stipulation between Plaintiff and Defendant for an extension of time to complete mediation:

IT IS HEREBY ORDERED that the Stipulation is approved and the deadline to complete mediation is hereby extended until October 31, 2009. The parties shall promptly notify the Court if the case is resolved at the mediation.

DATED: May 28, 2009

Hon. Bernard Zimmerman
United States District Court Magistrate Judge