BRENT R. AUSTIN (California Bar No. 141938)
austin@wildman.com
LISA S. SIMMONS (Illinois Bar No. 6192809), admitted *pro hac vice*
simmons@wildman.com
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive
Chicago, Illinois 60606
Telephone:  (312) 201-2000
Facsimile:   (312) 201-2555

SEAN M. SULLIVAN (California Bar No. 229104)
sullivan@wildman.com
WILDMAN, HARROLD, ALLEN & DIXON LLP
9665 Wilshire Blvd, Suite 200
Beverly Hills, California  90212
Telephone:  (310) 860-8700
Facsimile:   (310) 860-3800

Attorneys for Continental Casualty Co.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ELIZABETH H. MATTESON<br><br>Plaintiff,<br><br>vs.<br><br>CONTINENTAL CASUALTY COMPANY,<br><br>Defendant. | CASE NO. 3:09-CV-0617-BZ<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE CERTAIN PRE-TRIAL DATES OR IN THE ALTERNATIVE ALL DATES BY 21 DAYS<br><br>Hon. Bernard Zimmerman<br><br>Trial Date: February 1, 2010 |

    Defendant, Continental Casualty Company and plaintiff, Elizabeth H. Matteson, by and through their respective counsel of record, hereby stipulate to the following:

    Whereas, by Order dated July 21, 2009, the Court set certain pre-trial and trial dates in this matter;

    Whereas, on August 26, 2009, the parties filed a stipulation to continue certain pre-trial dates, in part so that the parties could participate in a mediation before plaintiff took certain

-1-

depositions;

Whereas, by Order dated August 26, 2009, the Court, pursuant to the parties' stipulation, set the following new pre-trial dates:

| | |
|---|---|
| Last Day to Hear Dispositive Motions: | December 2, 2009 |
| Last Day for Expert Discovery: | January 11, 2010 |
| Last Day for Rebuttal Expert Disclosure: | January 4, 2010 |
| Last Day for Expert Disclosure: | December 14, 2009 |
| Close of Non-expert Discovery: | November 13, 2009; |

Whereas, the Court did not change the February 1, 2010 trial date or the January 12, 2010 Pre-Trial date;

Whereas, since entry of this Court's August 26, 2009 Order, defendant has begun, but has been unable to complete, the deposition of David Matteson. David Matteson is plaintiff's representative in this action because defendant is advised that plaintiff – as result of her medical condition – is not competent to testify in this matter. Defendant has not yet been able to complete Mr. Matteson's deposition for the following reasons:

- As a result of the schedules of the parties and their counsel, the deposition of Mr. Matteson could not be commenced until September 16, 2009;

- During Mr. Matteson's deposition on September 16, Elizabeth Matteson (the named plaintiff) suffered a medical emergency, which required that she be taken to the hospital on an emergency basis and also required that Mr. Matteson terminate the deposition for that day;

- While the parties have since worked to reschedule that deposition, it will not be able to be completed before October 28, which is the date by which defendant must file its summary judgment under the current schedule.

Now, therefore the parties hereby stipulate and agree, subject to the Court's approval, that the last date for the Court to hear dispositive motions be continued for a period of twenty-one (21) days to permit defendant the opportunity to complete the deposition of Mr. Matteson. The proposed new last date for the Court to hear dispositive motions would therefore be December 23, 2009. If the Court is unwilling to approve said stipulation, the parties request in the alternative, that all dates, including the Pre-Trial and Trial dates, be continued for twenty-one (21) days. The alternative schedule proposed by the parties, which includes a continuance of Pre-Trial and Trial dates would be as follows:

| | |
|---|---|
| Trial Date: | February 22, 2010 |
| Pre-Trial Conference: | February 2, 2010 |
| Last Day to Hear Dispositive Motions: | December 23, 2009 |
| Last Day for Expert Discovery: | February 1, 2010 |
| Last Day for Rebuttal Expert Disclosure: | January 25, 2010 |
| Last Day for Expert Disclosure: | January 4, 2010 |
| Close of Non-expert Discovery: | December 4, 2009 |

Concurrence in the filing of this stipulation has been obtained from plaintiff's counsel, Corinne Chandler.

Dated: October 26, 2009        WILDMAN, HARROLD, ALLEN & DIXON LLP

By:___/s/ Sean M. Sullivan_____
        Sean M. Sullivan

Attorney for Defendant CONTINENTAL CASUALTY COMPANY

| | | |
|---|---|---|
| 1 | Dated: October 26, 2009 | KANTOR & KANTOR LLP |
| 2 | | |
| 3 | | By: ___/s/ Corinne Chandler___ |
| 4 | | Corinne Chandler |
| 5 | | Attorney for Plaintiff ELIZABETH H. MATTESON |

-4-

**ORDER**

The Court having reviewed the stipulation between Plaintiff and Defendant to continue certain Pre-Trial Dates:

IT IS HEREBY ORDERED that the Stipulation is approved and the last day to hear dispositive motions is hereby continued to ~~December 23, 2009~~ December 16, 2009. All other dates set in the Court's August 26, 2009 Order shall remain the same.

DATED:   October 27, 2009

_____
Hon. Bernard Zimmerman
United States District Court Magistrate Judge

**[PROPOSED ALTERNATIVE] ORDER**

The Court having reviewed the stipulation between Plaintiff and Defendant to continue certain Pre-Trial Dates:

IT IS HEREBY ORDERED that the Stipulation is approved and that the new Pre-Trail and Trial dates in this matter are as follows:

| | |
|---|---|
| Trial Date: | February 22, 2010 |
| Pre-Trial Conference: | February 2, 2010 |
| Last Day to Hear Dispositive Motions: | December 23, 2009 |
| Last Day for Expert Discovery: | February 1, 2010 |
| Last Day for Rebuttal Expert Disclosure: | January 25, 2010 |
| Last Day for Expert Disclosure: | January 4, 2010 |
| Close of Non-expert Discovery: | December 4, 2009 |

DATED:   _____
Hon. Bernard Zimmerman
United States District Court Magistrate Judge