BRENT R. AUSTIN (California Bar No. 141938)
austin@wildman.com
LISA S. SIMMONS (Illinois Bar No. 6192809), admitted *pro hac vice*
simmons@wildman.com
WILDMAN, HARROLD, ALLEN & DIXON LLP
225 West Wacker Drive
Chicago, Illinois 60606
Telephone:  (312) 201-2000
Facsimile:   (312) 201-2555

SEAN M. SULLIVAN (California Bar No. 229104)
sullivan@wildman.com
WILDMAN, HARROLD, ALLEN & DIXON LLP
9665 Wilshire Blvd, Suite 200
Beverly Hills, California  90212
Telephone:  (310) 860-8700
Facsimile:   (310) 860-3800

Attorneys for Continental Casualty Co.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ELIZABETH H. MATTESON<br><br>Plaintiff,<br><br>vs.<br><br>CONTINENTAL CASUALTY COMPANY,<br><br>Defendant. | CASE NO. 3:09-CV-0617-BZ<br><br>STIPULATION AND [PROPOSED] ORDER SHORTENING TIME TO NOTICE MOTIONS FOR SUMMARY JUDGMENT AND SETTING A FURTHER BRIEFING SCHEDULE FOR SUMMARY JUDGMENT MOTIONS<br><br>Hon. Bernard Zimmerman<br><br>Trial Date: February 1, 2010 |

Defendant, Continental Casualty Company and plaintiff, Elizabeth H. Matteson, by and through their respective counsel of record, hereby stipulate to the following:

Whereas, by Order dated July 21, 2009, the Court set certain pre-trial and trial dates in this matter;

--

Whereas, by Order dated August 26, 2009, the Court, pursuant to the parties' stipulation, set new pre-trial dates, but did not change the February 1, 2010 trial date or the January 12, 2010 Pre-Trial date;

Whereas, on October 26, 2009, the parties filed a stipulation to continue the last date by which dispositive motions must be filed to December 23, 2009, or in the alternative to continue all dates by 21 days, primarily due to defendant's inability to complete the deposition of David Matteson;

Whereas, on October 27, 2009, the Court ordered that the last date to hear dispositive motions be continued to December 16, 2009, rather than December 23, 2009;

Whereas, pursuant to Local Rule 7-2 and 7-3, in order for the parties to notice their respective motions to be heard on December 16, briefing for the parties' summary judgment motions would be as follows:

| | |
|---|---|
| Motion(s) for Summary Judgment due: | November 11, 2009 |
| Opposition(s) due: | November 25, 2009 |
| Reply(ies) due: | December 2, 2009; |

Whereas, the parties both have conflicts arising from the new date set for hearing dispositive motions and respectfully request additional time to complete briefing of their respective motions for summary judgment. The parties' respective conflicts are as follows:

- Mr. Matteson's further deposition is currently set for November 9, 2009, just two days prior to when motions for summary judgment motion are due; and

- counsel for plaintiff has a previously scheduled trial, a mediation and travel plans between November 11, 2009 and November 25, 2009 that will preclude plaintiff

--

from having the time and opportunity to properly respond to defendant's motion for summary judgment under the current schedule.

Now, therefore the parties hereby stipulate and agree, subject to the Court's approval, that the Court enter an order shortening the time for the parties to notice their respective motions for summary judgment and enter an order setting the following briefing schedule for all motions for summary judgment:

| | |
|---|---|
| Motion(s) for Summary Judgment: | November 13, 2009 |
| Opposition(s): | December 2, 2009 |
| Reply(ies): | December 9, 2009. |

The December 16, 2009 date set by the Court as the last date by which dispositive motions may be heard would not be changed. No other dates already set by the Court's prior Orders would be changed.

Concurrence in the filing of this stipulation has been obtained from plaintiff's counsel, Corinne Chandler.

Dated: October 28, 2009          WILDMAN, HARROLD, ALLEN & DIXON LLP


By:   /s/ Sean M. Sullivan
          Sean M. Sullivan

Attorney for Defendant CONTINENTAL CASUALTY COMPANY

--

| | | |
|---|---|---|
| 1 | Dated: October 28, 2009 | KANTOR & KANTOR LLP |
| 2 | | |
| 3 | | By: _____/s/ Corinne Chandler_____ |
| 4 | | Corinne Chandler |
| 5 | | Attorney for Plaintiff ELIZABETH H. MATTESON |

--

## ORDER

The Court having reviewed the stipulation between Plaintiff and Defendant shortening time to notice motions for summary judgment and setting a further briefing schedule for summary judgment motions:

IT IS HEREBY ORDERED that the Stipulation is approved and the following briefing schedule is set for all motions for summary judgment:

| | |
|---|---|
| Motion(s) for Summary Judgment: | November 13, 2009 |
| Opposition(s): | December 2, 2009 |
| Reply(ies): | December 9, 2009. |

The December 16, 2009 date set by the Court as the last date by which dispositive motions may be heard is not changed. No other dates already set by the Court's prior Orders are hereby changed.

DATED: October 29, 2009

_____
Hon. Bernard Zimmerman
United States District Court Magistrate Judge

--