```
 1  Glenn R. Kantor - SBN 122643
    e-mail: gkantor@kantorlaw.net
 2  Corinne Chandler - SBN 111423
    e-mail: cchandler@kantorlaw.net
 3  Brent Dorian Brehm - SBN 248983
    e-mail: bbrehm@kantorlaw.net
 4  KANTOR & KANTOR, LLP
    19839 Nordhoff Street
 5  Northridge, CA 91324
    (818) 886-2525 (Tel)
 6  (818) 350-6272 (Fax)

 7  Attorneys for Plaintiff
    ELIZABETH H. MATTESON
 8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| ELIZABETH H. MATTESON, | CASE NO: C 09-0617 BZ |
|---|---|
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF CASE |
| vs. | |
| CONTINENTAL CASUALTY COMPANY, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between Plaintiff Elizabeth H. Matteson and Defendant Continental Casualty Company, by and through their respective counsel of record, that this action shall be dismissed with prejudice. Each party shall bear their own costs and attorneys fees.

DATED: January 6, 2009         KANTOR & KANTOR LLP

                               By: *Corinne Chandler*
                                   Corinne Chandler
                                   Attorneys for Plaintiff

1

DATED: January 7, 2009          WILDMAN, HARROLD, ALLEN & DIXON

                                By: *Lisa Simmons*
                                    Lisa S. Simmons
                                    Attorneys for Defendant

***ORDER***

Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice.

DATED:

Hon. Bernard Zimmerman
United States District Court Judge